SZAFERMAN, LAKIND,
 BLUMSTEIN & BLADER, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, New Jersey 08648
By:     Mark A. Fisher, Esq.
Telephone: (609) 275-0400
Fax: (609) 275-4511
E-mail: mfisher@szaferman.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RACHEL EASTMAN, an individual; ACADEMIC SOFTWARE, a New Jersey Corporation; AIA ENTERPRISES, INC. d/b/a CHESTERFIELD INN, a New Jersey Corporation; JOHN PIERSON, an individual, on behalf of themselves and all others similarly situated;<br><br>             Plaintiffs,<br>        vs.<br><br>FIRST DATA CORPORATION, a Delaware Corporation; and FIRST DATA MERCHANT SERVICES CORPORATION, a Florida Corporation;<br><br>             Defendants. | Civ. No. 2:10-cv-4860 (WHW)(CLW)<br><br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties, through their respective counsel, hereby stipulate as follows:

1.      The plaintiffs' entire complaint and all of their claims against all defendants are hereby dismissed with prejudice; and

2.      All parties shall bear their own attorney's fees and costs.

| | |
|---|---|
| SZAFERMAN, LAKIND,<br> BLUMSTEIN & BLADER, P.C.<br>101 Grovers Mill Road, Suite 200<br>Lawrenceville, New Jersey 08648<br>*Attorneys for Plaintiffs*<br><br>By:  /s/Mark A. Fisher<br>     Mark A. Fisher, Esq. | FOX ROTHSCHILD LLP<br>Princeton Pike Corporate Center<br>997 Lenox Drive, Building 3<br>Lawrenceville, NJ  08648<br>*Attorneys for Defendants*<br><br>By:  /s/Thomas A. Cunniff<br>     Thomas A. Cunniff, Esq. |

Dated:  March 4, 2014

1054022.1                                1